UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
J.N APR 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| v. ) | **MAGISTRATE JUDGE VALDEZ** |
| ) | Magistrate Judge Maria Valdez |
| LAWRENCE A. WILLIAMS ) | |
| ) | **08 CR 320** |

## AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before Maria Valdez, a United States Magistrate Judge, and being duly sworn on oath, states: that in the Western District of New York, LAWRENCE A. WILLIAMS, was charged in an indictment with a violation of Title 21, United States Code, Section 846, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Eric Robinson
Special Agent, Federal Bureau of Investigation

Subscribed and Sworn to before me this
15th day of April, 2008.

_____
MARIA VALDEZ
United States Magistrate Judge

Bond set [or recommended] by issuing Court at _____

ISSUED

AO 442    (Rev. 08/07) Warrant for Arrest

ENTERED APR   2008

# UNITED STATES DISTRICT COURT

WESTERN District of NEW YORK

UNITED STATES OF AMERICA

V.

LAWRENCE A. WILLIAMS a/k/a Wease

**WARRANT FOR ARREST**

Case Number: 06-CR-6024-DGL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____LAWRENCE A. WILLIAMS_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment      ☐ Information      ☐ Complaint      ☐ Order of court

☐ Pretrial Release      ☐ Probation            ☐ Supervised Release   ☐ Violation Notice
   Violation Petition      Violation Petition      Violation

charging him or her with (brief description of offense)
conspiracy to possess with intent to distribute, and to distribute, five kilograms or more of a mixture and substance containing cocaine, a Schedule II substance,

☑ in violation of Title   21   United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

RODNEY C. EARLY
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

*Rodney C. Early* (signature)
Signature of Issuing Officer

04/01/2008                Rochester, New York
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

ENTERED APR 1  2008

# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

November 2007 Grand Jury
(Empaneled November 1, 2007)

THE UNITED STATES OF AMERICA

-vs-

ALGERNON TOOLE a/k/a "Priest," a/k/a "Al"
EVERETTE TOOLE a/k/a "E"
LAWRENCE A. WILLIAMS a/k/a "Wease"

THIRD
SUPERSEDING INDICTMENT
06-CR-6024-DGL

Violations:
Title 21, United States Code, Section 846, and Title 18, United States Code, Sections 922(j) and 2

## COUNT I

**The Grand Jury Charges:**

Between in or about August 2003, and in or about September 2004, in the Western District of New York, and elsewhere, the defendants, ALGERNON TOOLE a/k/a "Priest," a/k/a "Al," EVERETTE TOOLE a/k/a "E," and LAWRENCE A. WILLIAMS a/k/a "Wease," did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown to the Grand Jury, to commit offenses against the United States, that is, to possess with intent to distribute, and to distribute, five (5) kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

**The Grand Jury Further Charges:**

Between on or about January 30, 2006, and on or about February 15, 2006, in the Western District of New York, and elsewhere, the defendants, ALGERNON TOOLE a/k/a "Priest," a/k/a "Al," and EVERETTE TOOLE a/k/a "E," did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown to the Grand Jury, to commit offenses against the United States, that is, to possess with intent to distribute, and to distribute, five (5) kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT III

**The Grand Jury Further Charges:**

Between on or about February 20, 2004, and on or about August 29, 2004, in the Western District of New York, the defendant, ALGERNON TOOLE a/k/a "Priest," a/k/a "Al," unlawfully did knowingly possess stolen firearms, namely, one (1) Springfield Armory .45 caliber, Model 1911A1, semi-automatic pistol, bearing serial number NM178146, and one (1) Kahr 9mm, Model P9, semi-automatic pistol, bearing serial number YA6080, which had been shipped and

transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen.

All in violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

## COUNT IV

**The Grand Jury Further Charges:**

On or about February 26, 2004, in the Western District of New York, the defendant, ALGERNON TOOLE a/k/a "Priest," a/k/a "Al," unlawfully did knowingly sell and dispose of a stolen firearm, namely, one (1) Springfield Armory .45 caliber, Model 1911A1, semi-automatic pistol, bearing serial number NM178146, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

All in violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

## COUNT V

**The Grand Jury Further Charges:**

On or about August 29, 2004, in the Western District of New York, the defendant, ALGERNON TOOLE a/k/a "Priest," a/k/a "Al," unlawfully did knowingly sell and dispose of a stolen firearm, namely, one (1) Kahr 9mm, Model P9, semi-automatic pistol, bearing serial number YA6080, which had been shipped and transported in

interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

**All in violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.**

DATED:   Rochester, New York, April 1, 2008.

                TERRANCE P. FLYNN
                United States Attorney

By:   BRETT A. HARVEY
      Assistant United States Attorney
      U.S. Attorney's Office
      Western District of New York
      100 State Street, Suite 620
      Rochester, New York   14614
      (585) 263-6760, ext. 2249
      brett.harvey@usdoj.gov

A TRUE BILL:

_[signature]_
FOREPERSON

4