# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 320 | **DATE** | 4/15/2008 |
| **CASE TITLE** |  | USA vs. Lawrence A. Williams | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 4/15/08 as to Lawrence A. Williams. Defendant appears pursuant to surrender 4/15/08. Defendant waives identity hearing. Defendant informed of his rights. Enter order appointing Pyush Chandra of the Federal Defender Program as counsel for defendant for the removal and detention proceedings only. Government's oral motion to detain defendant is entered and continued to 4/21/08 at 2:00 p.m. Defendant to remain in custody pending detention hearing. Government's oral motion to exclude time is granted. Enter excludable time from 4/15/08 to 4/21/08 pursuant to 18:3161(h)(1)(F). (X-E)

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|