# United States District Court
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) NO. __08 CR 320__
)
__LAWRENCE WILLIAMS__ )
)
_____ )

ORDER APPOINTING COUNSEL

_Removal + Detention Hearing_

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

DATE: __4-15-08__

ENTER:

__[signature]__

Signature of U.S. District Court Judge, Magistrate Judge (or Clerk or Deputy Clerk by order of the Court)