# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

_____ vs. _____

**FILED**

AT APR 15 2008   4-15-08

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

Lawrence Williams

1 ☑ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**

Magistrate

District Court
08CR320

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment $600-800
How much did you earn per month? $ April 8, 2008

If married is your Spouse employed?  ☐ Yes  ☐ No  N/A

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 2,000 –
SOURCES  Construction work

**CASH**

Have you any cash on hand or money in savings or checking account  ☑ Yes  ☐ No   IF YES, state total amount $ 2,500.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _____
DESCRIPTION _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  1

List persons you actually support and your relationship to them
Kids

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent | $ | $ 1,100.00 |
| TCF Credit Debit | $ 1,100.00 | $ |
| Medical Bills | $ 250 | $ |
| Food | $ | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  4-15-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  Lawrence Williams