## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 320 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Lawrence A. Williams | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 4/21/08 at to Lawrence A. Williams. Government withdraw's its motion to detain defendant. Government and defendant agree to certain conditions of release. Government's oral motion to file supplemental conditions under seal is granted. Enter Order granting Government's motion to seal transcript of the detention hearing proceedings and order setting forth supplemental conditions of release until 5:00 p.m. on 7/21/08 or until such earlier time as directed by the Court. Order defendant removed to the Western District of New York as soon as possible to face the charges there pending against him.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

00:30

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|