

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

Mr. Rodney C. Early
Clerk
United States District Court
304 United States Courthouse
68 Court Street
Buffalo, NY 14202-3328

April 25, 2008

*FILE COPY*

RE: U.S.A. vs. Lawrence A. Williams
Case No: 08cr320-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                          ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings      ( ) Final Commitment

(x) Financial Affidavit                   (x) Order of Removal

(x) Order appointing counsel              (x) Order setting conditions of release

( ) CJA 20 Form                           ( ) Detention Order

(x) Appearance form                       (x) Appearance Bond

( ) Other                                 ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: /s/ Ellenore Duff
Ellenore Duff, Deputy Clerk