Case 1:08-cr-00320 Document 12 Filed 05/01/2008 Page 1 of 1

