

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
APR 28 2008
CLERK, USDC WDNY

COPY

Mr. Rodney C. Early
Clerk
United States District Court
304 United States Courthouse
68 Court Street
Buffalo, NY 14202-3328

April 25, 2008

RE: U.S.A. vs. Lawrence A. Williams
Case No: 08cr320-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                          ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings      ( ) Final Commitment

(x) Financial Affidavit                   (x) Order of Removal

(x) Order appointing counsel              (x) Order setting conditions of release

( ) CJA 20 Form                           ( ) Detention Order

(x) Appearance form                       (x) Appearance Bond

( ) Other                                 ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

FILED
5-9-08
MAY 09 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

By: /s/ Ellenore Duff
Ellenore Duff, Deputy Clerk